SUZANNE L. MARTIN
Nevada Bar No. 8833
suzanne.martin@ogletreedeakins.com
JILL GARCIA
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower, Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendants HealthCare Partners of Nevada, LLC, JSA HealthCare Nevada, LLC and Amir Bacchus, M.D. Fremont Medical Center, Ltd.*

# UNITED STATED DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARCIA GONZALEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>HEALTHCARE PARTNERS NEVADA, LLC, a Nevada Limited Liability Corporation; JSA HEALTHCARE NEVADA, LLC, a Nevada Limited Liability Corporation; AMIR BACCHUS, M.D., FREMONT MEDICAL CENTER, LTD; a Nevada Professional Corporation,<br><br>        Defendants. | CASE NO.:  2:11-cv-00138-KJD-RJJ<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the parties, by and through their respective counsel, that the above-entitled action be dismissed with prejudice in its entirety, each

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

party to bear its/her own fees and costs.

**IT IS SO STIPULATED:**

Dated this 22nd day of July, 2011.

LAW OFFICES OF MICHAEL P. BALABAN

/s/ Michael P. Balaban

Michael P. Balaban, Esq.
10726 Del Rudini Street
Las Vegas, NV 89141
*Attorney for Plaintiff*

Dated this 22nd day of July, 2011.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Jill Garcia

Suzanne L. Martin, Esq.
Nevada Bar No. 7805
Jill Garcia, Esq.
Nevada Bar No. 8833
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV 89169
*Attorneys for Defendants HealthCare Partners of Nevada, LLC, JSA HealthCare Nevada, LLC and Amir Bacchus, M.D. Fremont Medical Center, Ltd.*

**ORDER**

IT IS SO ORDERED.

Dated this __27__ day of __July__, 2011.

_____
DISTRICT COURT JUDGE

10568433.1 (OGLETREE)